UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY SHORT** | **CIVIL ACTION** |
| **VERSUS** | **NO:  07-2733** |
| **MICHAEL J. ASTRUE[1], Commissioner of the Social Security Administration** | **SECTION: "S" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that the Plaintiff, Larry Short has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Larry Short's Supplemental Social Security Income Benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Short's **Motion for Summary Judgment (R. Doc. 18)** is **DENIED**.

New Orleans, Louisiana, this  20th  day of     August          2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

[1] The Court substitutes Michael J. Astrue, the current Commissioner of the Social Security Administration in this case, for his predecessor, Jo Anne B. Barnhart.  Fed. R. Civ. P. 25(d)(1).